*1049 ante, p. 828;
ante, p. 835;
ante, p. 856;
ante, p. 862;
ante, p. 871;
ante, p. 921;
ante, p. 875;
ante, p. 948;
ante, p. 948;
ante, p. 964;
ante, p. 949;
ante, p. 888;
ante, p. 889;
ante, p. 903;
ante, p. 911;
ante, p. 936;
*1050 No. 98-5871.
No. 98-5887.
No. 98-5911.
No. 98-5915.
No. 98-6004.
No. 98-6080.
ante, p. 938;
ante, p. 920;
ante, p. 971;
ante, p. 989;
ante, p. 928; and
ante, p. 954. Petitions for rehearing denied.